UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

*Plaintiff*,

v.

U.S. AGENCY FOR GLOBAL MEDIA,

*Defendant*.

Civil Action No.: 19-608 (CKK)

## JOINT STATUS REPORT

Pursuant to this Court's April 10, 2019 Order, *see* ECF No. 6, the Parties respectfully submit this Joint Status Report.

1. This matter relates to two Freedom of Information Act ("FOIA") requests that Plaintiff submitted on November 15, 2018 (Reference No. FOIA 19-011) and December 17, 2018 (Reference No. FOIA 19-020) (together, the "Requests") seeking various records related to a controversial segment on George Soros that aired in May 2018 on Radio and Television Martí—the primary outlet of the Office of Cuba Broadcasting, which is a component of Defendant U.S. Agency for Global Media.

2. Plaintiff filed its Complaint on March 5, 2019, *see* ECF No. 1, and Defendant filed its Answer on April 8, 2019, *see* ECF No. 5.

3. The Parties met telephonically on May 9, 2019 and Defendant provided Plaintiff with an update on the status of its processing of the Requests. The Parties also reached agreement as to a tentative narrowing of the Requests.

4. Pursuant to this agreement, Plaintiff has tentatively agreed to narrow several of the Requests, subject to review of the records produced and further discussion between the

parties, and Defendant has agreed to produce responsive records to the Requests as tentatively narrowed, along with a *Vaughn* index, on or before June 28, 2019.

5. Accordingly, the parties respectfully request that the Court direct the parties to file another joint status report with the Court on or before July 10, 2019.

Date: May 10, 2019

Respectfully Submitted,

JESSIE K. LIU
United States Attorney

DANIEL F. VAN HORN
Chief, Civil Division

*/s/ Fred E. Haynes*
FRED E. HAYNES
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Phone: (202) 252-2550
Email: fred.haynes@usdoj.gov

*Counsel for Defendant*

By: */s/ Benjamin Seel*
JAVIER GUZMAN
NITIN SHAH
BENJAMIN SEEL
Democracy Forward Foundation
1333 H Street, N.W.,
Washington, D.C. 20005
jguzman@democracyforward.org
nshah@democracyforward.org
bseel@democracyforward.org

*Counsel for Plaintiff*