**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. AGENCY FOR GLOBAL MEDIA, <br><br> *Defendant*. | Civil Action No.: 19-608 (CJN) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), the above-referenced Freedom of Information Act

("FOIA") action regarding request numbers FOIA 19-011 and FOIA 19-0202 is dismissed with

prejudice, with each party to bear its own fees and costs.

SO STIPULATED, this 9th day of August, 2019.


Date: August 9, 2019                    Respectfully Submitted,

                                        JESSIE K. LIU
                                        United States Attorney

                                        DANIEL F. VAN HORN
                                        Chief, Civil Division

                                        */s/ Denise M. Clark*
                                        DENISE M. CLARK
                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Washington, D.C.  20530
                                        Phone: (202) 252-6605
                                        denise.clark@usdoj.gov

                                        *Counsel for Defendant*

                        By:     */s/ Benjamin Seel*
                                        JAVIER GUZMAN
                                        NITIN SHAH

BENJAMIN SEEL
Democracy Forward Foundation
1333 H Street, N.W.,
Washington, D.C. 20005
Phone: (202) 448-9090
jguzman@democracyforward.org
nshah@democracyforward.org
bseel@democracyforward.org

*Counsel for Plaintiff*